# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 01, 2026

Mr. Jefferson David Clendenin
Office of the Attorney General
for the State of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

Mr. David R. Dow
University of Houston
Law Center
4170 Martin Luther King Boulevard
Houston, TX 77204-6060

Mr. Jeffrey R. Newberry
University of Houston
Law Center
4170 Martin Luther King Boulevard
Houston, TX 77204-6060

   No. 26-70004 Consolidated with No. 26-10354
      Busby v. Guerrero
      USDC No. 4:09-CV-160

Dear Counsel,

The Court has consolidated both cases filed on behalf of Edward
Lee Busby. Attached is a revised case caption, which should be
used on all future filings in these cases.

     Sincerely,

     LYLE W. CAYCE, Clerk

     By: _____
     Mary Frances Yeager, Deputy Clerk
     504-310-7686

_____

Case No. 26-70004

_____

Edward Lee Busby,

                Petitioner - Appellant

v.

Eric Guerrero, Director, Texas Department of Criminal Justice, Correctional Institutions Division,

                Respondent - Appellee

consolidated with

_____

No. 26-10354

_____

In re: Edward Lee Busby,

                Movant